**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1271**

———————

DAVID J. HAWKINS; TRACENE LEE HAWKINS,

                                        Plaintiff - Appellants,

        versus

BRIAN BERDEGUEZ, Corporal, #1271; A. ROSITCH,
Corporal, #1264; GIRARD LOMBARDI, Corporal
#2184; DENNIS HAYES, Corporal, #1074; ROBERT
F. EDWARDS, Corporal, #1293; ELIZABETH MINTS,
Lieutenant, #804, Prince George's County
Police Department, individually and in their
official capacity; RICHARD J. WELSH, Major,
Commander, Prince George's County Police
Department, individually and in his official
capacity; PRINCE GEORGE'S COUNTY, MARYLAND, A
body of Corporate and Politic Officer of Law,
RAY MCCASLIN, Corporal, #1087, Prince George
County Policy Department, individually and in
his official capacity; JASON LABBE; JOHN DOE,
Officer, Prince George's Count Police
Department, individually and in his official
capacity,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-01-47-AW)

———————

Submitted: July 31, 2003          Decided: August 18, 2003

———————

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Jonathan Y. Ai, Barbara R. Graham, Rockville, Maryland, for Appellants.  William A. Snoddy, Associate Count Attorney, Upper Marlboro, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David and Tracene Hawkins appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint alleging violations of the Fourth Amendment.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. See Hawkins v. Berdeguez, No. CA-01-47-AW (D. Md. Jan. 31, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2